IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARLYNDA MCGHEE : CIVIL ACTION
:
v. :
:
THOMAS JEFFERSON UNIVERSITY : NO. 12-2919
HOSPITAL :

O R D E R

AND NOW, this 31 day of May, 2012, upon consideration of plaintiff's motion to proceed in forma pauperis and her pro se complaint, IT IS ORDERED that:

    1.    Leave to proceed in forma pauperis is GRANTED.

    2.    Plaintiff's complaint is DISMISSED without prejudice for the reasons stated in the Court's Memorandum. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

    3.    Plaintiff's motion for appointment of counsel is DENIED without prejudice.

    4.    This case shall be marked CLOSED for statistical purposes.

BY THE COURT:

_____
EDUARDO C. ROBRENO, J.