IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARLYNDA MCGHEE, | : | CIVIL ACTION |
| | : | NO. 12-2919 |
| Plaintiff, | : | |
| v. | : | |
| THOMAS JEFFERSON UNIVERSITY HOSPITAL, | : | |
| Defendant. | : | |

## **O R D E R**

**AND NOW**, this **28th** day of **August, 2013**, for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

(1) Defendant's Motion to Dismiss Plaintiff's Third Amended Complaint (ECF No. 32) is **GRANTED** as to Counts I, II, and IV of the Third Amended Complaint (ECF No. 31);

(2) Counts I, II, and IV of the Third Amended Complaint are **DISMISSED**;

(3) All federal claims having been dismissed, the Court will **DECLINE** to exercise supplemental jurisdiction over Count III of the Third Amended Complaint; and

(4) All claims having been dismissed, the Clerk of Court shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

            **/s/ Eduardo C. Robreno**
            **EDUARDO C. ROBRENO, J.**